UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY as successor to HOLYOKE MUTUAL INSURANCE COMPANY a/s/o LAKERIDGE VILLAS HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TYANNE ELLIS-GUN,<br><br>Defendant. | Case Number:<br><br>3:19-cv-00463-LRH-WGC<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

Counsel for Plaintiff, Country Mutual Insurance Company, and Counsel for Defendant, Tyanne Ellis- Gunn, hereby stipulate to agree to Plaintiff filing the attached Amended Complaint

/ / /

/ / /

/ / /

in the above captioned matter.  The Amended Complaint is intended to address a typographical error in the original Complaint related to the Plaintiff's address.

Dated this 14th day of July, 2020

**MARQUIS AURBACH COFFING**

By:*/s/ Ben Wharton/Tye S. Hanseen*
   Tye S. Hanseen, Esq.
   Nevada Bar No. 10365
   10001 Park Run Drive
   Las Vegas, Nevada  89145
   *Local Counsel for Plaintiff*

   Benjamin D. Wharton, Esq.
   de Luca Levine, LLC
   Three Valley Square, Suite 220
   Blue Bell, PA 19422
   *Attorney for Plaintiff – pro hac vice*

Dated this 14th day of July, 2020

**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**

By:*/s/ Michael C. Winn*
   Michael C. Winn, Esq.
   Nevada Bar No. 12664
   6590 S. McCarran Blvd., Suite B
   Reno, Nevada  89509
   *Attorneys for Defendant*

### **ORDER**

IT IS SO ORDERED:

DATED this 15th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO AMEND COMPLAINT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 14th day of July, 2020.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

    /s/ Rosie Wesp
an employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816

# Exhibit 1
# Proposed Amended Complaint

**Marquis Aurbach Coffing**
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
thanseen@maclaw.com
*Local counsel for Plaintiff*

de Luca Levine.
Benjamin D. Wharton, Esq.
Three Valley Square
Suite 220
Blue Bell, Pennsylvania 19422
Telephone: (215) 383-0081
Facsimile: (215) 383-0082
ddeluca@delucalevine.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| COUNTRY MUTUAL INSURANCE COMPANY as successor to HOLYOKE MUTUAL INSURANCE COMPANY a/s/o LAKERIDGE VILLAS HOMEOWNERS ASSOCIATION, | Case Number: 3:19-cv-00463-LRH-WGC |
|---|---|
| Plaintiff, | **AMEND COMPLAINT** |
| vs. | |
| TYANNE ELLIS-GUN, | |
| Defendant. | |

Plaintiff, Country Mutual Insurance Company as successor to Holyoke Mutual Insurance Company as subrogee of Lakeridge Villas Homeowners Association (hereinafter "Plaintiff"), by and through undersigned counsel, hereby demands judgment against Defendant, Tyanne Ellis-Gun (hereinafter "Defendant"), and by way of Complaint against her avers as follows:

## PARTIES

1. Plaintiff is a corporation incorporated in State of Illinois, having its principal place of business at 1701 Towanda Avenue, Bloomington, Illinois.

Page 1 of 5

MAC:13738-004 4087846_1

2. At all times relevant hereto, Plaintiff was duly authorized to provide in the State of Nevada the insurance policy described herein.

3. At all times relevant hereto, Plaintiff provided, inter alia, property insurance to Lakeridge Villas Homeowners Association (hereinafter referred to as "subrogor") in connection with its business operations at a property that included the residence at 2104 Chicory Way in Reno, Nevada (hereinafter the "subject property").

4. In the wake of the incident described below, as a result of claims made on the aforementioned policy (which were duly paid pursuant thereto), Plaintiff became subrogated to certain recovery rights and interests of subrogor for monies paid thereunder, including the claims giving rise to this action.

5. Defendant was at all times relevant hereto an adult individual who resided at 2104 Chicory Way, Reno, Nevada.

## JURISDICTION AND VENUE

6. Jurisdiction is based on 28 U.S.C. §1332(a)(1) as this action involves a controversy between citizens of different states, Plaintiff being a citizen of Illinois and Defendant alleged to be a citizen of Nevada; moreover, the amount in controversy exceeds the jurisdictional threshold of this Court (exclusive of interest and costs).

7. Venue is proper in this district based on 28 U.S.C. §1391(a) in that the events giving rise to this claim occurred within this district.

## STATEMENT OF FACTS

8. On or about April 20, 2018, a fire erupted at the subject property causing substantial loss and damage to subrogor's property, as well as the imposition of other expenses and hardship besides.

9. The investigation as to the fire's origin and cause revealed that it was due to Defendant's negligent, careless, and inattentive use of a candle.

10. The fire resulted in significant harm to subrogor in an amount in excess of $100,000.00; said harm was directly and proximately caused by Defendant as is more fully described below.

1      11.     Subrogor submitted claims to Plaintiff pursuant to the aforementioned policy; Plaintiff paid such claims consistent with the terms and conditions thereof, thereby becoming subrogated to the recovery being pursued in this action.

## **COUNT I – NEGLIGENCE**

12.     Plaintiff repeats the facts and allegations set forth in the prior paragraphs of this Complaint as though they were set forth at length herein.

13.     Defendant owed subrogor a duty of care to refrain from engaging in conduct that created a foreseeable likelihood of harm to subrogor's property and the imposition of other expenses and hardship besides.

14.     Defendant knew or should have known that negligent use of a candle would place subrogor and others similarly situated in risk of foreseeable harm.

15.     Defendant knew or should have known that her negligent use of a candle would lead to damages to subrogor and those similarly situated.

16.     Defendant's negligence and other unlawful actions and/or omissions consisted of, but are not limited to, the following:

(a)     Carelessly and inattentively using a candle;

(b)     Failing to properly extinguish the candle;

(c)     Failing to exercise the reasonable care owed to subrogor; and/or

(d)     Otherwise acting negligently under the circumstances.

17.     Defendant's negligent and other unlawful actions and/or omissions were the direct and proximate cause of the damages sustained by subrogor.

18.     As a direct and proximate result of Defendant's aforementioned negligence, subrogor sustained and incurred damage to its property, as well as the imposition of other expenses and hardship, in an amount in excess of $100,000.00.

19.     Subrogor submitted claims to Plaintiff pursuant to the aforementioned policy; Plaintiff paid such claims consistent with the terms and conditions thereof, thereby becoming subrogated to the recovery being pursued in this action.

MAC:13738-004 4087846_1

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816

**WHEREFORE**, Plaintiff respectfully requests judgment against Defendant in an amount in excess of $100,000.00, plus costs incident to this suit, delay damages, attorney fees, and for such other relief as this Honorable Court shall deem appropriate under the circumstances.

Dated this ___ day of July, 2020.

MARQUIS AURBACH COFFING

By _____
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
*Local Counsel for Plaintiff*

Benjamin D. Wharton, Esq.
de Luca Levine, LLC
Three Valley Square, Suite 220
Blue Bell, PA 19422
*Attorney for Plaintiff – pro hac*

MAC:13738-004 4087846_1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **AMENDED COMPLAINT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the _____ day of July, 2020.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐   I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

an employee of Marquis Aurbach Coffing

MAC:13738-004 4087846_1

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816